AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

Juan A. Rivera, Jr.,

Plaintiff,

V.

Lake County, et al.

Defendants.

CASE NUMBER: 12 C 8665

ASSIGNED JUDGE: Harry D. Leinenweber

DESIGNATED MAGISTRATE JUDGE: Geraldine Brown

TO: (Name and address of Defendant)

Michael Masokas
1304 Phoenix Lane
Joliet, Illinois 60431

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LOEVY & LOEVY
312 North May Street, Suite 100
Chicago, Illinois 60607

an answer to the complaint which is herewith served upon you, within ___21___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.Thom

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK — THOMAS G. BRUTON, CLERK

DATE: October 30, 2012

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11/03/2012 7:00 PM |
| NAME OF SERVER (PRINT) Aaron Leckner | TITLE |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 1304 Phoenix Lane, Joliet, IL
Michael Masokas – 50/M/W/5'10"/Thin/S+P

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/03/2012
Date

Signature of Server

6259 R. N. Milwaukee Ave
Chicago, Il 60646
Agency 117-001323
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.