IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JUAN A. RIVERA, JR., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 12 C 8665 |
| | ) | |
| v. | ) | Hon. Harry D. Leinenweber, |
| | ) | District Judge |
| LAKE COUNTY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**EXHIBITS TO PLAINTIFF'S RESPONSE TO THE WAUKEGAN DEFENDANTS' MOTION TO QUASH PLAINTIFF'S SUBPOENA TO CONDUCT DNA TESTING**

Exhibit A   Lake County Major Crimes Task Force Lead Sheet 507 (Nov. 2, 1992)

Exhibit B   Lake County Major Crimes Task Force Report (Nov. 23, 1992)

Exhibit C   Northeastern Illinois Regional Crime Lab Evidence Receipt (Nov. 1992)

Exhibit D   Photograph of Voit Shoes

Exhibit E   Northeastern Illinois Regional Crime Lab Bench Notes (Nov. 27, 1992)

Exhibit F   Northeastern Illinois Regional Crime Lab Report (Dec. 1, 1992)

Exhibit G   Illinois State Police Crime Lab Report (Jan. 23, 1993)

Exhibit H   Illinois State Police Crime Lab Bench Notes (Jan. 5, 1993)

Exhibit I   Illinois State Police Crime Lab Conversation Record

Exhibit J   Lake County Major Crimes Task Force Report (Feb. 12, 1993)

Exhibit K   *Chicago Tribune* Article (Mar. 11, 1993)

Exhibit L   *People v. Juan Rivera*, Trial Transcript (June 1, 1993)

Exhibit M   *Rivera v. Lake County, et al.*, Deposition of Charles Fagan (Oct. 14, 2014)

Exhibit N   *People v. Juan Rivera*, Trial Transcript (Sep. 28, 1993)

Exhibit O   Photograph of Tongue of Voit Shoes

| | |
|---|---|
| Exhibit P | Lake County Public Defender Report (Mar. 19, 1993) |
| Exhibit Q | Photograph of Voit Shoe Box |
| Exhibit R | Lake County Public Defender Report & Exhibits (June 1, 1993) |
| Exhibit S | Invoice from B.A.R.T.E.R. to Wal-Mart (July 30, 1992) |
| Exhibit T | Shipping Manifest from Continental Air Express |
| Exhibit U | All-Ways Express Company Inventory Forms (Aug. 17, 1992 & Sep. 1, 1992) |
| Exhibit V | Store Receipt of Purchase of Voit Shoes (Oct. 3, 1992) |
| Exhibit W | Record of Juan Rivera's family visit at Hill Correctional Center (Oct. 4, 1992) |
| Exhibit X | *People v. Juan Rivera*, Trial Transcript (Oct. 22, 1993) |
| Exhibit Y | Lake County Major Crimes Task Force Evidence Receipt (July 19, 2012) |
| Exhibit Z | Northeastern Illinois Regional Crime Lab Report (Sep. 20, 2012) |
| Exhibit AA | Northeastern Illinois Regional Crime Lab Bench Notes (June 22, 2012) |
| Exhibit BB | Northeastern Illinois Regional Crime Lab Bench Notes (June 29, 2012) |
| Exhibit CC | Northeastern Illinois Regional Crime Lab Report (Mar. 10, 2014) |
| Exhibit DD | Northeastern Illinois Regional Crime Lab Allele Summary Worksheet |
| Exhibit EE | Subpoena to the Northeastern Illinois Regional Crime Lab (Nov. 19, 2014) |
| Exhibit FF | Subpoena to the Illinois State Police (Nov. 3, 2014) |
| Exhibit GG | Letter to the Defendants on Testing of Evidence & Attachments (Sep. 13, 2014) |