

Scott Rauscher <scott@loevy.com>

# Rivera v. Lake County, et al. -- Law Enforcement Engaged in Staker Re-Investigation

**Collin Woodward** <cwoodward@deanoscarry.com>                                            Tue, Aug 5, 2014 at 4:06 PM
To: Steven Art <steve@loevy.com>, Alison Harrington <aharrington@bestfirm.com>, "amenegon@jsotoslaw.com" <amenegon@jsotoslaw.com>, "amurray@smbtrials.com" <amurray@smbtrials.com>, Amy Swalec <aswalec@deanoscarry.com>, "aswalec@hotmail.com" <aswalec@hotmail.com>, "bdickman@atg.state.il.us" <bdickman@atg.state.il.us>, "blemley@querrey.com" <blemley@querrey.com>, "britchey@bestfirm.com" <britchey@bestfirm.com>, Beth Trumpy <btrumpy@deanoscarry.com>, "Caroline P. Golden" <cgolden@jsotoslaw.com>, Christina Tribbia <ctribbia@bestfirm.com>, "dclark@ancelglink.com" <dclark@ancelglink.com>, "dcollins@atg.state.il.us" <dcollins@atg.state.il.us>, "debharve ." <debharve@yahoo.com>, Debra Harvey <dharvey@deanoscarry.com>, "dolson@bestfirm.com" <dolson@bestfirm.com>, "Proctor, Darcy" <dproctor@ancelglink.com>, "Elizabeth A. Ekl" <eekl@jsotoslaw.com>, Howard Levine <hlevine@deanoscarry.com>, "jcallicoat@querrey.com" <jcallicoat@querrey.com>, James DeAno <jdeano@deanoscarry.com>, "Jeffrey N. Given" <jgiven@jsotoslaw.com>, "Jaclyn L. McAndrew" <jmcandrew@jsotoslaw.com>, Jim Sotos <jsotos@jsotoslaw.com>, "Christy, Katherine" <kchristy@atg.state.il.us>, "kdonoghue@atg.state.il.us" <kdonoghue@atg.state.il.us>, "laura.rawski@gmail.com" <laura.rawski@gmail.com>, "lbecker@tbalaws.com" <lbecker@tbalaws.com>, "loliva@jsotoslaw.com" <loliva@jsotoslaw.com>, "LRawski@atg.state.il.us" <LRawski@atg.state.il.us>, Laura Scarry <lscarry@deanoscarry.com>, "lzahn@querrey.com" <lzahn@querrey.com>, "mcapra@atg.state.il.us" <mcapra@atg.state.il.us>, "Michael D. Furlong" <mfurlong@tbalaws.com>, Monifa Gray <mgray@deanoscarry.com>, "mmarch@bestfirm.com" <mmarch@bestfirm.com>, "monsuite@aol.com" <monsuite@aol.com>, "mtrautma@querrey.com" <mtrautma@querrey.com>, "prettberg@querrey.com" <prettberg@querrey.com>, "ptrobe@tbalaws.com" <ptrobe@tbalaws.com>, "rhaley@smbtrials.com" <rhaley@smbtrials.com>, Sonnie Nuzzo <snuzzo@querrey.com>, "Puma, Scott" <spuma@ancelglink.com>, "Stabrawa, Sharon" <sstabrawa@ancelglink.com>, Tonet Ballard <tballard@jsotoslaw.com>, Valerie Stubbe <vstubbe@jsotoslaw.com>, Jon Loevy <jon@loevy.com>, Russell Ainsworth <russell@loevy.com>, Scott Rauscher <scott@loevy.com>, Elizabeth Mazur <elizabethm@loevy.com>, Elliot Slosar <elliot@loevy.com>, Tatiana Swancy <tatiana@loevy.com>, Lauren Lebata <lauren@loevy.com>, Locke Bowman <l-bowman@law.northwestern.edu>, Sheila A Bedi <sheila.bedi@law.northwestern.edu>, David M Shapiro <david.shapiro@law.northwestern.edu>, Alexa Anne Van Brunt <a-vanbrunt@law.northwestern.edu>

Counsel,


The Village of Buffalo Grove has not previously been involved in and is not currently involved in any re-investigation of the Staker homicide, and none of its officers have been or are now involved in any re-investigation.


The Lake County Major Crimes Task Force also has not been involved in and is not now involved in any Staker re-investigation.


Collin Woodward

EXHIBIT 1

Collin D. Woodward

**DeAno & Scarry, LLC**

Office: (630) 690-2800 x103

Fax: (312) 564-4125

---

**From:** Steven Art [mailto:steve@loevy.com]
**Sent:** Thursday, July 31, 2014 12:03 PM
**To:** Alison Harrington; amenegon@jsotoslaw.com; amurray@smbtrials.com; Amy Swalec;
aswalec@hotmail.com; bdickman@atg.state.il.us; blemley@querrey.com; britchey@bestfirm.com; Beth Trumpy;
Caroline P. Golden; Christina Tribbia; Collin Woodward; dclark@ancelglink.com; dcollins@atg.state.il.us;
debharve .; Debra Harvey; dolson@bestfirm.com; Proctor, Darcy; Elizabeth A. Ekl; Howard Levine;
jcallicoat@querrey.com; James DeAno; Jeffrey N. Given; Jaclyn L. McAndrew; Jim Sotos; Christy, Katherine;
kdonoghue@atg.state.il.us; laura.rawski@gmail.com; lbecker@tbalaws.com; loliva@jsotoslaw.com;
LRawski@atg.state.il.us; Laura Scarry; lzahn@querrey.com; mcapra@atg.state.il.us; Michael D. Furlong; Monifa
Gray; mmarch@bestfirm.com; monsuite@aol.com; mtrautma@querrey.com; prettberg@querrey.com;
ptrobe@tbalaws.com; rhaley@smbtrials.com; Sonnie Nuzzo; Puma, Scott; Stabrawa, Sharon; Tonet Ballard;
Valerie Stubbe; Jon Loevy; Russell Ainsworth; Scott Rauscher; Elizabeth Mazur; Elliot Slosar; Tatiana Swancy;
Lauren Lebata; Locke Bowman; Sheila A Bedi; David M Shapiro; Alexa Anne Van Brunt
**Subject:** Rivera v. Lake County, et al. -- Law Enforcement Engaged in Staker Re-Investigation


Dear Counsel,


Please see the attached letter, which asks for a response from the Defendant by close of
business Monday.


Sincerely,


Steve


--

Steven Art
**LOEVY & LOEVY**
312 N. May St., Suite 100
Chicago, Illinois 60607

Office Phone: (312) 243-5900

Fax: (312) 243-5902

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JUAN A. RIVERA, JR., | ) | |
| | ) | Case No. 12 C 8665 |
| Plaintiff, | ) | |
| | ) | Hon. Harry D. Leinenweber, |
| v. | ) | District Judge |
| | ) | |
| LAKE COUNTY, *et al.*, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

## PLAINTIFF'S THIRD SET OF INTERROGATORIES TO THE CITY OF WAUKEGAN AND SECOND SET OF INTERROGATORIES TO THE OTHER ENTITY DEFENDANTS

Plaintiff JUAN A. RIVERA, JR., by his undersigned attorneys, propounds the following Interrogatory pursuant to Rule 33 of the Federal Rules of Civil Procedure upon Defendants Lake County, Mark Curran, Lake County Sheriff, in his official capacity, the City of Waukegan, the City of Lake Forest, the Village of Buffalo Grove, the Village of Round Lake Beach, the Lake County Major Crimes Task Force, and John Reid & Associates, Inc., to be answered by each separately under oath and in writing within thirty days after service hereof.

## DEFINITIONS AND INSTRUCTIONS

Plaintiff refers the Defendants to the definitions and instructions included in his prior discovery requests, which he incorporates expressly by reference herein.

## INTERROGATORY

**Interrogatory 17/18.**[1] Identify all individuals, entities, task forces, and any other person who has worked on the investigation of the rape and murder of Holly Staker, in any way (including but not limited to testing physical evidence, interviewing potential witnesses, researching potential suspects, responding to requests for documents/information or providing documents/information, or appearing before grand juries) at any point in time between January 6, 2012, and the present day, and explain in detail: (a) what role each person or entity played in the investigation during that period of time; (b) the precise period of time each

---

[1] This is Interrogatory No. 18 to the City of Waukegan and Interrogatory No. 17 to all other Entity Defendants.

EXHIBIT 2

person or entity participated in the investigation; (c) the reasons each person or entity was chosen to participate or ceased to participate in the investigation; (d) whether each person or entity believes that the investigation has identified a suspect or suspects in the rape or murder of Holly Staker, and if so, who each suspect is and how and when he or she was identified; (e) what role each suspect or suspect is believed to have had in the rape or murder of Holly Staker; (f) whether there is currently an ongoing investigation into the rape and murder of Holly Staker, including an explanation of why the investigation is active or why it is not active; and (g) identify anyone with knowledge of the information contained in the response to this Interrogatory, and describe the scope of their knowledge.

RESPECTFULLY SUBMITTED,

**JUAN A. RIVERA, JR.**

BY:     /s/ Scott Rauscher
        *One of Plaintiff's Attorneys*

*Attorneys for Juan A. Rivera, Jr.*

| | |
|---|---|
| Arthur Loevy | Locke E. Bowman |
| Jon Loevy | Sheila Bedi |
| Michael Kanovitz | David Shapiro |
| Russell Ainsworth | Alexa Van Brunt |
| Elizabeth Mazur | RODERICK MACARTHUR JUSTICE CENTER |
| Scott Rauscher | Northwestern University School of Law |
| Steven Art | 375 E. Chicago Avenue |
| Elliot Slosar | Chicago, Illinois 60611 |
| LOEVY & LOEVY | (312) 503-0844 |
| 312 N. May St., Ste. 100 | |
| Chicago, IL 60607 | |
| (312) 243-5900 | J. Samuel Tenenbaum |
| | BLUHM LEGAL CLINIC |
| | Northwestern University School of Law |
| | 375 E. Chicago Avenue |
| | Chicago, Illinois 60611 |
| | (312) 503-8576 |

## CERTIFICATE OF SERVICE

I, Scott Rauscher, an attorney, hereby certify that on October 28, 2014, I served the foregoing Plaintiff's Interrogatories to the Entity Defendants on all counsel of record listed below via electronic mail.

/s/ Scott Rauscher
*One of Plaintiff's Attorneys*

### *Attorneys for Juan A. Rivera, Jr.*

Arthur Loevy
Jon Loevy
Michael Kanovitz
Russell Ainsworth
Elizabeth Mazur
Scott Rauscher
Steven Art
LOEVY & LOEVY
312 N. May St., Ste. 100
Chicago, IL 60607
(312) 243-5900

Locke E. Bowman
Sheila Bedi
David Shapiro
Alexa Van Brunt
RODERICK MACARTHUR JUSTICE CENTER
Northwestern University School of Law
375 E. Chicago Avenue
Chicago, Illinois 60611
(312) 503-0844

J. Samuel Tenenbaum
BLUHM LEGAL CLINIC
Northwestern University School of Law
375 E. Chicago Avenue
Chicago, Illinois 60611
(312) 503-8576

*Attorneys for Defendant Ostertag*
Kevin J. Clancy
Patrick R. Moran
Lowis & Gellen, LLP
200 West Adams Street, Suite 1900
Chicago, Illinois 60606

*Attorneys for Defendant Village of Round
Lake Beach*
Scott Puma
Ancel Glink
140 S. Dearborn Street, 6th Fl.
Chicago, Illinois 60603

*Attorneys for Gary Del Re*
Alison M. Harrington
Christina M. Tribbia
Best, Vanderlaan & Harrington
25 E. Washington St., Ste. 800
Chicago, Illinois 60602

*Attorneys for Robert Boone, James Held,
Gary Del Re, City of Lake Forest, Buffalo
Grove*
Paul A. Rettberg
Jason S. Callicoat
Brandon K. Lemley
Querrey & Harrow, Ltd.
175 W. Jackson Blvd., Suite 1600
Chicago, Illinois 60604

*Attorneys for John Reid & Associates, Inc.
& Michael Masokas*
Charles Frank Marino
David M. Marino
100 West Monroe Street, Suite 902
Chicago, Illinois 60603

Robert E. Haley
Alfred Kirkland Murray II
Swanson, Martin & Bell, LLP
330 N. Wabash St., Suite 3300
Chicago, Illinois 60611

*Attorneys for the Lake County Major
Crimes Task Force*
Laura Scarry
James L. DeAno
Howard P. Levine
Debra Ann Harvey
Collin David Woodward
DeAno & Scarry, LLC
53 W. Jackson Blvd., Suite 740
Chicago, Illinois 60604

*Attorneys for Richard Davis, Donald
Meadie, Howard Pratt, Fernando
Shipley, Phillip Stevenson, Lucian
Tessman, and City of Waukegan*
Peter Trobe
Michael D. Furlong
Trobe, Babowice & Associates, LLC
404 W. Water St.
Waukegan, IL 60085

*Attorneys for Michael Maley & James
Gentilcore*
Marni M. Malowitz
Laura Marie Rawski
Assistant Attorneys General
General Law Bureau
Office of the Illinois Attorney General
100 W. Randolph St., 13th Floor
Chicago, Illinois 60601

*Attorneys for Michael Blazincic,
Matthew Chancey, Mark Curran,
Charles Fagan, Steven McCollum,
Michael Mermel, Jeffrey Pavletic,
Michael Waller, Estate of Clinton
Grinnell, and Lake County*
James G. Sotos
Elizabeth A. Ekl
Jeffrey N. Given
Jaclyn L. McAndrew
550 E. Devon Avenue, Suite 150
Itasca, Illinois 60143

4

# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

JUAN A. RIVERA,

      Plaintiff,

vs.

LAKE COUNTY, et al.,

      Defendants.

Cause No. 12-CV-8665

Judge Leinenweber

## DEFENDANT LAKE FOREST'S ANSWERS AND OBJECTIONS
## TO INTERROGATORY #17

Defendant, CITY OF LAKE FOREST, pursuant to Rule 33, provides the following amended answers and objections to Plaintiff's Interrogatory 17 directed to the "Entity Defendants" as follows.

## INTERROGATORIES

Interrogatory 17:   Identify all individuals, entities, task forces, and any other person who has worked on the investigation of the rape and murder of Holly Staker, in any way (including but not limited to testing physical evidence, interviewing potential witnesses, researching potential suspects, responding to requests for documents/information or providing documents/information, or appearing before grand juries) at any point in time between January 6, 2012, and the present day, and explain in detail: (a) what role each person or entity played in the investigation during that period of time; (b) the precise period of time each person or entity participated in the investigation; (c) the reasons each person or entity was chosen to participate or ceased to participate in the investigation; (d) whether each person or entity believes that the investigation has identified a suspect or suspects in the rape or murder of Holly Staker, and if so, who each suspect is and how and when he or she was identified; (e) what role each suspect or suspect is believed to have had in the rape or murder of Holly Staker; (f) whether there is currently an ongoing investigation into the rape and murder of Holly Staker, including an explanation of why the investigation is active or why it is not active; and (g) identify anyone with knowledge of the information contained in the response to this Interrogatory, and describe the scope of their knowledge.

**OBJECTION: Defendant Lake Forest objects that this interrogatory is overly broad, not reasonably calculated to lead to the discovery of admissible evidence and as**

EXHIBIT 3

designed to interfere with an ongoing criminal investigation.

ANSWER: Without waiving the foregoing objections, Lake Forest states that it lacks direct knowledge sufficient to answer this interrogatory, particularly the detailed information requested in its subparts.

Lake Forest has not had any employee involved in conducting the investigation of the Holly Staker homicide from January 2012 to present.

Based on second hand information, it is Lake Forest's understanding that Waukegan has been conducting the reinvestigation into Holly Staker's death during the time period described in this interrogatory. Lake Forest believes that Lt. Oliver and Greathouse of the Waukegan police department have been involved in the investigation after January 2012 . It is further Lake Forest's second-hand understanding that during the month of November 2014, Waukegan requested that the Lake County Major Crimes Task Force to participate in the investigation. Lake Forest does not know what other entities or individuals may be involved in conducting the reinvestigation.

Lake Forest lacks sufficient knowledge to identify any other specific individuals who are or were involved in the reinvestigation, what role they have played, the period during which they were involved, the reason they were chosen to participate, whether those individuals believe they have a suspect (or who the suspect is or when the suspect was identified). Lake Forest believes that Oliver and Greathouse (or other unknown individuals within the Waukegan police department) would have better knowledge of information responsive to answer this interrogatory. Lake Forest does not know the scope of the information known by Oliver, Greathouse or other unknown individuals within the Waukegan police department.

**Respectfully Submitted as to Objections:**

/s/ Brandon K. Lemley
One of the Attorneys for City of Lake Forest

## CERTIFICATION

I, James E. Held, certify under the pains and penalties of perjury provided under 28 U.S.C. § 1746, that the foregoing answers to interrogatories on behalf of Lake Forest are true and correct.

BY: _____

James Held,
City of Lake Forest Chief of Police

Dated: _____12-5-14_____


# Rivera v. Lake County, et al. -- Interrogatory to Entity Defendants

**Scott Rauscher** <scott@loevy.com>                                      Wed, Dec 3, 2014 at 3:43 PM
To: "Rawski, Laura" <LRawski@atg.state.il.us>
Cc: Russell Ainsworth <russell@loevy.com>, Robert Haley <rhaley@smbtrials.com>, "Michael D. Furlong"
<mfurlong@tbalaws.com>, "Caroline P. Golden" <CGolden@jsotoslaw.com>, "Elizabeth A. Ekl"
<EEkl@jsotoslaw.com>, "Inouye, Thor" <TInouye@atg.state.il.us>, Elizabeth Mazur <elizabethm@loevy.com>,
"Brandon K. Lemley" <blemley@querrey.com>, Steve Edwards Art <steve@loevy.com>, Alison Harrington
<aharrington@bestfirm.com>, Alyssa Menegon <AMenegon@jsotoslaw.com>, Alfred Murray
<amurray@smbtrials.com>, Amy Swalec <aswalec@deanoscarry.com>, "aswalec@hotmail.com"
<aswalec@hotmail.com>, "Dickman, Beth" <BDickman@atg.state.il.us>, "britchey@bestfirm.com"
<britchey@bestfirm.com>, "btrumpy@deanoscarry.com" <btrumpy@deanoscarry.com>, Christina Tribbia
<ctribbia@bestfirm.com>, Colin Woodward <cwoodward@deanoscarry.com>, "dclark@ancelglink.com"
<dclark@ancelglink.com>, "Collins, Delphine" <DCollins@atg.state.il.us>, debharve <debharve@yahoo.com>,
Debra Harvey <dharvey@deanoscarry.com>, "dolson@bestfirm.com" <dolson@bestfirm.com>, Darcy Proctor
<dproctor@ancelglink.com>, hlevine <hlevine@deanoscarry.com>, "Jason S. Callicoat" <jcallicoat@querrey.com>,
James DeAno <jdeano@deanoscarry.com>, "Jordan A. Lejcar" <jlejcar@jsotoslaw.com>, "Jeffrey N. Given"
<JGiven@jsotoslaw.com>, "Jaclyn L. McAndrew" <JMcAndrew@jsotoslaw.com>, Jim Sotos
<JSotos@jsotoslaw.com>, "Christy, Katherine" <KChristy@atg.state.il.us>, "Donoghue, Kevin P."
<KDonoghue@atg.state.il.us>, "laura.rawski@gmail.com" <laura.rawski@gmail.com>, "lbecker@tbalaws.com"
<lbecker@tbalaws.com>, Liza Oliva <LOliva@jsotoslaw.com>, lscarry <lscarry@deanoscarry.com>, "Capra, Mary
K." <MCapra@atg.state.il.us>, "Dierkes, Michael" <MDierkes@atg.state.il.us>, Monifa Gray
<mgray@deanoscarry.com>, "mmarch@bestfirm.com" <mmarch@bestfirm.com>, Charles Marino
<monsuite@aol.com>, Monique Trautmann <mtrautmann@querrey.com>, Paul Rettberg <prettber@querrey.com>,
Peter Trobe <ptrobe@tbalaws.com>, Sonnie Nuzzo <snuzzo@querrey.com>, Scott Puma
<spuma@ancelglink.com>, "Stabrawa, Sharon" <sstabrawa@ancelglink.com>, Tonet Ballard
<TBallard@jsotoslaw.com>, Valerie Stubbe <VStubbe@jsotoslaw.com>, Jon Loevy <jon@loevy.com>, Elliot Slosar
<elliot@loevy.com>, Tatiana Swancy <tatiana@loevy.com>, Lauren Stanczak <lauren@loevy.com>, Locke
Bowman <l-bowman@law.northwestern.edu>, Sheila Bedi <sheila.bedi@law.northwestern.edu>, David M Shapiro
<david.shapiro@law.northwestern.edu>, Alexa Van Brunt <a-vanbrunt@law.northwestern.edu>, Steve Weil
<steve.weil@law.northwestern.edu>

All,

The responses to this interrogatory are overdue. Please provide us with your responses by tomorrow.

Scott

--
Scott Rauscher
Loevy & Loevy
312 N. May St., Ste. 100
Chicago, IL 60607
O: 312.243.5900
F: 312.243.5902

On Tue, Oct 28, 2014 at 9:25 PM, Scott Rauscher <scott@loevy.com> wrote:
> Counsel,
>
> I am attaching an Interrogatory to the Entity Defendants.
>
> Scott
>
> --
> Scott Rauscher

EXHIBIT 4

Loevy & Loevy
312 N. May St., Ste. 100
Chicago, IL 60607
O: 312.243.5900
F: 312.243.5902